UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division

Docket No. 4:11-CR-9-2F

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DARIAN JEVON CANTEY    )<br>    Defendant    )<br>) | **O R D E R** |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Monday, March 12, 2012. The case is hereby CONTINUED to the court's May 14, 2012, term of court in Wilmington, North Carolina.

SO ORDERED.

This the 27th day of February, 2012.

_____
James C. Fox
Senior U.S. District Judge